[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11535

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

WENDELL DWAYNE O'NEAL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:24-cr-00110-LCB-HNJ-1

_____

Before JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Wendell O'Neal, proceeding *pro se*, appeals from the district court's April 29, 2024 order directing the government to respond to several of his motions. The order is not a final and appealable judgment because O'Neal has not been convicted or sentenced in this case. *See* 28 U.S.C. § 1291; *Flanagan v. United States*, 465 U.S. 259, 263 (1984). It is not immediately appealable under the collateral order doctrine because it did not decide or resolve anything—it simply directed the government to respond to O'Neal's motions. *See United States v. Shalhoub*, 855 F.3d 1255, 1260 (11th Cir. 2017). Further, because the order did not resolve any of O'Neal's motions, he was not injured by it, and therefore, he does not have standing to appeal the order. *See United States v. Pavlenko*, 921 F.3d 1286, 1289 (11th Cir. 2019).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.